LAW OFFICES
WILLIAMS & CONNOLLY LLP®

KATHERINE M. TURNER
(202) 434-5487
kturner@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 1, 2026

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: Unopposed Letter Motion for Extension of Time in *Hughes v. Ernst & Young LLP*, 1:26-cv-06107-JAV-VF [rel. 1:26-cv-06108-JAV-VF; 1:26-cv-6134-JAV-VF; 1:26-cv-6226-JAV-VF; 1:26-cv-06375-JAV-VF]**

Dear Judge Figueredo:

In accordance with Local Civil Rule 7.1(e) and Rule I.e of Your Honor's Individual Practices, we write on behalf of Defendant Ernst & Young LLP ("EY") to request a further extension of time from October 6, 2026, up and to including November 20, 2026, for EY to answer, move, or otherwise respond to the Plaintiff's Complaint. As set forth below, Plaintiff consents to the relief sought herein. In support of this letter motion for an extension of time, I state as follows:

1. The Class Action Complaint (ECF No. 1) (the "Complaint") in this matter was filed on July 19, 2026. EY was served on August 4, 2026 and its response to the Complaint is currently due on October 6, 2026, pursuant to Judge Vargas's Order granting a previously-requested extension of time (ECF No. 13).

2. The Complaint alleges that Plaintiff Shantel Hughes and similarly situated individuals were impacted by a recent data incident involving EY and seeks to bring claims on behalf of a class against EY concerning that incident. Compl. at 1, ¶¶ 1–10. Four other complaints filed in this district also seek to bring claims on behalf of a class against EY concerning that data incident. All four cases are currently pending before Your Honor:

a. *Cai v. Ernst & Young LLP*, 1:26-cv-06375-JAV-VF

b. *Clarke v. Ernst & Young LLP*, 1:26-cv-06134-JAV-VF

c. *Mara v. Ernst & Young LLP*, 1:26-cv-06226-JAV-VF

d. *Wyatt v. Ernst & Young LLP*, 1:26-cv-06108-JAV-VF

3. On August 11, 2026, Plaintiffs filed a Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel in the five matters. Those motions are currently before this Court.

4. In anticipation of the Court's consideration of the pending motion, the parties to this action agree that it is in the interest of efficiency and judicial economy to continue to defer EY's deadline for filing a responsive pleading to allow time for this process.

5. Accordingly, EY seeks a provisional extension to and including November 20, 2026 for EY to file its responsive pleading.

6. The parties anticipate an additional stipulation concerning the deadline for EY's responsive pleading once the issue of consolidation is determined.

7. EY previously requested an extension (ECF No. 8), which was granted by Judge Vargas (ECF No. 13).

8. We present this letter motion to Your Honor pursuant to the order of Judge Vargas referring scheduling motions to Your Honor (ECF No. 11).

9. Undersigned counsel conferred with Plaintiff Hughes's counsel regarding the requested extension of time and Plaintiff, through counsel, consents to the relief sought herein.

10. The requested extension does not affect any other scheduled dates set forth in a Court-approved Case Management Plan or Scheduling Order.

11. The parties currently do not have any scheduled appearance before the Court.

12. The parties reserve all rights and defenses in this action.

Accordingly, EY respectfully requests that the Court grant its request for an extension of time up to an including November 20, 2026, within which to answer, move, or otherwise respond to the Complaint.

We thank Your Honor for your attention to and assistance with this matter.

Respectfully submitted,

Katherine M. Turner
*Counsel for Defendant Ernst & Young LLP*

Cc: All Counsel of Record, via ECF

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 5, 2026**

Defendant's request for an extension is **GRANTED**. Defendant may have until **November 20, 2026** to answer or otherwise respond to the complaint.